■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD HAYNES, Appellant. [937 NYS2d 891]

Contrary to the defendant's contentions, Penal Law § 70.08, New York's persistent felony offender statute pursuant to which the defendant was sentenced, is not unconstitutional (*see People v Leon*, 10 NY3d 122 [2008], *cert denied* 554 US 926 [2008]; *People v Winfield*, 63 AD3d 969 [2009]; *cf. People v Quinones*, 12 NY3d 116 [2009], *cert denied* 558 US —, 130 S Ct 104 [2009]; *People v Rivera*, 5 NY3d 61 [2005], *cert denied* 546 US 984 [2005]; *People v Stevens*, 45 AD3d 610 [2007]).

The defendant's remaining contentions are without merit. Skelos, J.P., Dickerson, Hall, Roman and Cohen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRACY N. JOHNSON, Appellant. [937 NYS2d 875]

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal (*Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]). Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Skelos, J.P., Dickerson, Hall, Roman and Cohen, JJ., concur.